JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually And on behalf of all others similarly situated,<br>Plaintiff<br><br>vs.<br><br>PREMIER MORTGAGE RESOURCES LLC and DOES 1 through 10, inclusive<br>Defendants. | Case No. CV 18-9165-GW-GJSx<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: July 25, 2019

_____
HON. GEORGE H. WU,
United States District Judge